IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHERYL HAMMOND, | § | |
| | § | No. 260, 2019 |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | Court Below–Superior Court |
| UNEMPLOYMENT INSURANCE | § | of the State of Delaware |
| APPEALS BOARD, | § | |
| | § | Case No. N18A-10-011 |
| Appellee. | § | |

Submitted: September 20, 2019
Decided: November 22, 2019

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## O R D E R

After careful consideration of the appellant's brief and the record on appeal, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in the Superior Court's May 22, 2019 Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice